# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATIONAL FROZEN FOODS
CORPORATION, A WASHINGTON
CORPORATION; ARTHUR HARRISON;
AND CLAUDIA HARRISON, HUSBAND
AND WIFE AND THE MARITAL
COMMUNITY COMPROMISED
THEREOF,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
    and
BRUCE DENNISTON, AS GUARDIAN
FOR THE PERSON AND ESTATE OF
JEREMY DENNISTON; BRUCE
DENNISTON AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF KERRI DENNISTON AND ON
BEHALF OF STATUTORY WRONGFUL
DEATH BENEFICIARIES JEREMY
DENNISTON, ASHLEY TEXLEY, AND
MICHAEL DENNISTON; ERNEST
STEVE; RACHEL UNDERLAND,
HUSBAND AND WIFE, AND THE
MARITAL COMMUNITY COMPRISED
THEREOF AND THE NATURAL
PARENTS OF GARRETT
UNDERLAND; STACY TAYLOR, THE
COURT-APPOINTED PERSONAL
REPRESENTATIVE OF THE ESTATE

No. 71552

FILED

DEC 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

17-44313

OF GARRETT UNDERLAND; LEWIS KINDER; AND CHERYL KINDER, HUSBAND AND WIFE, AND THE MARITAL COMMUNITY COMPRISED THEREOF,
Real Parties in Interest.

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of prohibition or mandamus challenging a district court order denying a motion to dismiss the underlying complaint for lack of jurisdiction and/or *forum non conveniens*. Having reviewed the parties' briefing, and without deciding the merits of any claims raised therein, we are not persuaded that our extraordinary and discretionary intervention is warranted at this time. *See* NRS 34.160; NRS 34.320; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991).

First, we note that the parties continued to engage in jurisdiction-related discovery during the pendency of this writ. Because real parties in interest were only required to make a prima facie showing of personal jurisdiction as to petitioner National Frozen Foods Corporation (NFF) at the pretrial stage, we conclude real parties in interest are "entitled to make a prima facie showing of personal jurisdiction with this additional evidence at [their] disposal." *Fulbright & Jaworski LLP v. Eighth Judicial Dist. Court*, 131 Nev., Adv. Op. 5, 342 P.3d 997, 1005-06 (2015).

Second, we decline to consider NFF's writ petition at this time because the parties did not have the opportunity to consider the United States Supreme Court's recent decision in *Bristol-Myers Squibb Co. v. Superior Court of Cal.*, ___ U.S. ___, 137 S. Ct. 1773 (2017). Accordingly, we

SUPREME COURT
OF
NEVADA

(O) 1947A

2

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Elizabeth Goff Gonzalez, Chief Judge
Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Law Offices of Elizabeth R. Mikesell
Law Office of Julie A. Mersch
Coluccio Law
Friedman Rubin/Bremerton
Matthew L. Sharp, Ltd.
Eighth District Court Clerk